In the Matter of the Arbitration between WALTER D. BINGER et al., Respondents, and CHARLES J. THATCHER, Appellant.

Argued May 26, 1952; decided June 6, 1952.

*Charles J. Thatcher*, appellant in person.

*Carmelo J. Pernicone* and *Caesar Nobiletti* for respondents.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.